# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 224 EAL 2022

       Respondent                :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

           v.                      :

                                          :

DENNIS MCKEITHAN,                 :

                                          :

           Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.